UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLIAM T. KENNEDY, ET AL. | : | CIVIL ACTION NUMBER |
| VERSUS | : | 04-2281 |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | : | JUDGE TRIMBLE<br>MAGISTRATE JUDGE WILSON |
| DONNA LAVERGNE, ET AL. | | **(consolidated with)** |
| VERSUS | | NUMBER 04-2282 |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | | |

## JUDGMENT OF REMAND

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiffs' motion to remand [doc. # 37] be, and it is hereby GRANTED. This consolidated action is remanded to the 33rd Judicial District Court for the Parish of Allen, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 33rd Judicial District Court for the Parish of Allen, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of July, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE